UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PERCY L. HALL,

    Plaintiff,

v.                                Case No. 3:23cv23986-MCR-HTC

CHIP SIMMONS, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 17, 2023 (ECF No. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this Order.

2.	This case is DISMISSED WITHOUT PREJUDICE as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process.

3.	The clerk shall close the file.

**DONE AND ORDERED** this 18th day of January 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**